# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>          Petitioner,<br><br>    v.<br><br>J. WOODFORD,<br><br>          Respondent.<br>_____/ | CV F   05-1506 REC DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On January 30, 2006, the undersigned issued an order directing Petitioner to file a completed application to proceed in forma pauperis, or in the alternative, pay the five dollar ($5.00) filing fee within thirty (30) days of the date of service of the order. On February 7, 2006, the order was returned to the Court with a notation that Petitioner "refused" the mail. (Court Doc. 7.) On February 16, 2006, Petitioner filed a notice regarding his application to proceed in forma pauperis.

      In his notice, Petitioner contends he has attempted to comply with the court order by submitting some "30 to 40 in forma pauperis applications" to prison officials. But, Petitioner claims, prison officials have "obstructed and impeded" all of his attempts by "thwarting his legal mail to and from the courts." Petitioner does not support this broad claim with any specifics. In addition, the claim is difficult to believe considering Petitioner managed to file a notice less than

1  thirty days after the order was issued in this case. Petitioner has also filed numerous motions and
2  declarations in other ongoing cases. <u>See</u>, <u>e.g.</u>, <u>Washington v. Woodford</u>, Case No. 1:05-CV-1487
3  OWW LJO HC.  Moreover, Petitioner has refused mail from the Court in another case. <u>See</u>
4  <u>Washington v. Woodford</u>, Case No. 1:05-CV-1505 OWW WMW HC..

5        The Court will grant Petitioner an extension of time to comply with the court order and
6  file a completed application to proceed in forma pauperis, or in the alternative, pay the filing fee.
7  If Petitioner's attempts to comply are met with resistance by prison officials, Petitioner is
8  directed to notify the Court with specifics. The Court will not consider his claim of mail
9  tampering without at least a modicum of explanation. For instance, when did Petitioner attempt
10 to comply, how did he attempt to comply, with whom did he submit his requests, in what ways
11 were his requests thwarted or impeded, how has his mail been tampered with, why has he been
12 able to file various pleadings with the court yet fail to submit the filing fee or in forma pauperis
13 application, and why has he refused mail in certain instances?  Petitioner is advised that should
14 he fail to comply, the Court will issue Findings and Recommendations to the assigned district
15 judge for dismissal of the action.

16       Accordingly, Petitioner is GRANTED an extension of time of thirty (30) days to file a
17 completed application to proceed in forma pauperis or pay the filing fee.

18       IT IS SO ORDERED.

19     **Dated:   March 6, 2006**            **/s/ Dennis L. Beck**
   3b142a                                     UNITED STATES MAGISTRATE JUDGE