UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODERICK WASHINGTON, | ) | 1:05-cv-01506-AWI-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 10) |
| v. | ) | |
| | ) | **ORDER DISMISSING ACTION** |
| J. WOODFORD, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.[1]

On May 1, 2006, the Magistrate Judge filed Findings and Recommendations that this action be DISMISSED for Petitioner's failure to prosecute. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendations.

---

[1] On June 12, 2006, this action was reassigned to the undersigned due to the senior status of Judge Robert E. Coyle. (Court Doc. 11.)

1

1  In accordance with the provisions of 28 U.S.C. § 636
2  (b)(1)(C), this Court has conducted a *de novo* review of the case.
3  Having carefully reviewed the entire file, the Court concludes that
4  the Magistrate Judge's Findings and Recommendations are supported
5  by the record and proper analysis.

6  Accordingly, IT IS HEREBY ORDERED that:

7  1.  The Findings and Recommendations, filed May 1, 2006, are
8  ADOPTED IN FULL; and,

9  2.  This action is DISMISSED for Petitioner's failure to
10 prosecute.

12 IT IS SO ORDERED.

13 **Dated:   July 29, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                   UNITED STATES DISTRICT JUDGE